1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LISA MARIE PATTERSON,                    No.  2:19-cv-1750-KJM-KJN PS

12                   Plaintiff,                ORDER DENYING IFP APPLICATION
                                               WITHOUT PREJUDICE
13            v.
                                               (ECF No. 2)
14    FAMILY CONNECTION CHRISTIAN
      ADOPTION, et at.,
15
                   Defendants.
16

17

18          Presently pending before the Court is Plaintiff's motion for leave to proceed in forma

19    pauperis pursuant to 28 U.S.C. § 1915.[1]  (ECF No. 2.)  The court may authorize the

20    commencement of an action "without prepayment of fees or security therefor" by a person that is

21    unable to pay such fees or provide security therefor.  28 U.S.C. § 1915(a)(1).  Absent this

22    authorization, a filing fee of $400.00 is required to commence a civil action in this court.

23          Here, the Court finds Plaintiff's application incomplete.  Plaintiff lists her gross wages as

24    $838.55, but does not specify her net wages, the source of her income, or—critically—whether

25    these gross wages are monthly, bi–monthly, weekly, or otherwise.  If, for example, Plaintiff's

26    gross wages were over $800 a week, this would amount to a yearly salary in excess of $40,000.

27    ─────────────────────
      [1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).
28

                                                    1

According to the United States Department of Health and Human Services, the poverty guideline for a household of 1 person (as indicated by her IFP affidavit) not residing in Alaska or Hawaii is $12,490.00 for 2019. See https://aspe.hhs.gov/poverty-guidelines. Thus, if Plaintiff were living alone and making $800 per week, her gross household income would be in excess of 300% of the 2019 poverty guidelines. Thus, Plaintiff's incomplete affidavit leaves the Court unable to accurately determine her level of income for purposes of her IFP application. Additionally, Plaintiff lists "regular monthly expenses" of $300+ in "debt." However, under line 8, Plaintiff fails to provide any details of the debt owed, leaving her IFP application further deficient. Because of these deficiencies, Plaintiff's application must be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED WITHOUT PREJUDICE;

2. Within 21 days of this order, Plaintiff shall either:

   a. Resubmit her application to proceed in the district court without prepaying fees or costs, providing the full details sought by the affidavit form; or

   b. Pay the applicable filing fee;

3. Failure to timely comply with this order, or timely request an extension of time to do so, will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: October 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

patt.1750